# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 26, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

157579

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

          SC:  157579
          COA:  342148
          Emmet CC:  17-004473-FH

LAURRI JOANN JOSEPH,
          Defendant-Appellant.

_____/

By order of September 12, 2018, the application for leave to appeal the March 2, 2018 order of the Court of Appeals was held in abeyance pending the decision in *People v Ames* in (Docket No. 156077). On order of the Court, leave to appeal having been denied in *Ames* on June 26, 2019, 504 Mich 899 (2019), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 26, 2019



Clerk

s1118